969 A.2d 1120

IN THE MATTER OF THOMAS JOEL IZSO, AN ATTORNEY AT LAW.

May 6, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–263, recommending on the record certified to

the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **THOMAS JOEL IZSO,** formerly of **PISCATAWAY,** who was admitted to the bar of this State in 1997, and who has been temporarily suspended from the practice of law since October 31, 2007, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client funds), *RPC* 8.1(a) (knowingly making false statement of material fact to disciplinary authorities), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty fraud, deceit or misrepresentation);

And **THOMAS JOEL IZSO** having failed to appear on the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **THOMAS JOEL IZSO** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **THOMAS JOEL IZSO** is hereby permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.